Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.

**No. 62995.**—Cathay Crafts Corp. v. United States, protests 58/6960 and 58/8444 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.

**No. 62996.**—S. Berger Co. v. United States, protest 58/11641 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.

**No. 62997.**—Traveler Trading Co. v. United States, protest 58/3929 (New York).